UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 16-77(1) (DWF) |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| Abdul Raheem Habil Ali-Skelton, | |
| Defendant. | |

This matter is before the Court on motion by the United States to detain the Defendant pending sentencing.

The Court considered the evidence in the record, the facts and recommendations contained in the pre-trial services report, and arguments of the parties. The Court's decision is guided by Title 18, United States Code § 3143 because the Defendant has pleaded guilty to a felony offense and is awaiting imposition of sentence.

Here, the Court is unable to find clear and convincing evidence that any condition or combination of conditions will mitigate the danger this defendant poses to the safety of the community. Therefore,

**IT IS HEREBY ORDERED** that Defendant Abdul Raheem Habil Ali-Skelton shall be detained pending sentencing.

Dated: April 28, 2016          s/Donovan W. Frank
                                              DONOVAN W. FRANK
                                              United States District Judge